# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD RAY LAMONT WANNER, SR.,
Petitioner,
vs.
PERSHING COUNTY DISTRICT ATTORNEY R. BRYCE SHIELDS; NEVADA ATTORNEY GENERAL AARON D. FORD; STATE OF NEVADA DEPARTMENT OF CORRECTIONS CHARLES DANIELS; AND STATE OF NEVADA PAROLE AND PROBATION,
Respondents.

No. 84327

FILED

APR 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DENYING PETITIONS

This pro se original petition for a postconviction writ of habeas corpus and pro se amended original petition for a postconviction writ of habeas corpus challenge petitioner's conviction, alleging ineffective assistance of counsel. Having considered the petition and amended petition, we are not persuaded that writ relief is warranted because petitioner has a plain, speedy, and adequate remedy available to him by way of an appeal from the district court's denial of such relief in the first instance. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (writ relief is proper

22-11761

only when there is no plain, speedy, and adequate remedy at law and the petitioner bears the burden of demonstrating that writ relief is warranted). Accordingly, we

ORDER the petition and amended petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc: Donald Ray Lamont Wanner, Sr.
Attorney General/Carson City
Clerk of the Court/Court Administrator